**Order entered January 11, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00961-CR

**SHANIAYA JARVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 111585-86

## ORDER

We **REINSTATE** the appeal.

On January 9, 2023, the Court entered an order abating this appeal to allow the trial court to conduct a status hearing on the appeal. On January 10, 2023, appellant filed a motion to withdraw the appeal.

Accordingly, we **VACATE** that portion of our January 9, 2023 order requiring the trial court to conduct a hearing and make findings of fact and recommendations.

We **DIRECT** the Clerk to transmit a copy of this order to the Honorable Casey Blair, Presiding Judge, 86th Judicial District Court; and to counsel for the parties.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE